DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIA RAMIREZ-RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARIA RAMIREZ-RIOS, ) <br> ) <br> Defendant. ) <br> ) | No. 1:06-cr-0249 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date : November 13, 2006 <br> Time: 9:00 a.m. <br> Dept : Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 16, 2006,  may be continued to **November 13,  2006 at 9:00 a.m.**

   The continuance sought is at the request of defense counsel to allow her client sufficient time to consider a plea offer.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

1 preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 DATED: October 12, 2006                McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Steven M. Crass
                                          STEVEN M. CRASS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


DATED: October 12, 2006                   DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Carrie S. Leonetti
                                          CARRIE S. LEONETTI
                                          Assistant Federal Defender
                                          Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   October 13, 2006**                /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2